AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 27 2023

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| United States of America<br>v.<br>Ashley Aragon<br><br>Defendant(s) | )<br>)<br>)  Case No. 23-1570 MJ<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 21, 2023__ in the county of __Lea__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>18 U.S.C. § 924(c)(1) | -Possession with Intent to Distribute 400 Grams and More of Fentanyl.<br>-Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_Victoria Espinoza_
Complainant's signature

DEA Special Agent Victoria Espinoza
Printed name and title

Electronically submitted and telephonically sworn to before me.

Date: October 27, 2023

_____
Judge's signature

City and state: __Las Cruces, NM__  U.S. Magistrate Judge Jerry Ritter
Printed name and title

**United States of America**
**vs.**
**Ashley Aragon**

I, Victoria Espinoza, Affiant, being duly sworn, state that the following information is true and correct to the best of my knowledge and belief:

On July 21, 2023, officers with the Lea County Drug Task Force ("LCDTF") arrested Ashley Aragon ("Aragon") on an outstanding warrant. Aragon was the driver of a 2016 Fiat the time of her arrest. There was a female passenger in the Fiat at the time of Aragon's arrest.

A police canine arrived on scene and alerted to the smell of narcotics near the driver's door of the Fiat. The Fiat was towed pending a search warrant.

On this same date, the officers obtained and executed a state district court search warrant for the Fiat.

During the search of the Fiat, officers located a black Nike bag behind the front driver seat. In the Nike bag, officers located clear heat-sealed plastic bags containing blue fentanyl pills weighing approximately 875.1 grams. Officers also located fentanyl pills in the front area of the vehicle weighing approximately 97 grams.

The fentanyl pills were sent to the DEA Laboratory and tested positive for fentanyl.

Also located in the Nike bag was a black Glock 17 pistol. The serial number is BPKR347. A drum magazine with 11 rounds of 9mm ammunition with also located in the bag. The magazine was not inserted into the pistol at the time of seizure.

Officers also located two cell phones, cash, a ledger, and foil with burnt residue.

On October 6, 2023, I obtained a search warrant for Aragon's cell phone seized from the Fiat. The content of Aragon's cellphone included messages with a telephone number, identified in the phone as male individual. Between July 7th, 2023, and July 11th, 2023 Aragon and the male communicated via text regarding times and places to meet, including a message where the male tells Aragon that he will travel from Albuquerque to Roswell and then to Hobbs to meet Aragon. On July 12th, 2023, the male sent Aragon a photograph of approximately 12 heat-sealed bags of suspected blue fentanyl pills with a message stating he was on his way to meet Aragon soon. The suspected blue fentanyl pills in the picture sent by the male are packed the same as the fentanyl pills seized from Aragon on July 21st, 2023. On July 13th, 2023, Aragon sent the male an address and stated "Hey this Ashley" and "We're right here". On this same date, Aragon and the male continued to send multiple messages to each other discussing where to meet. The last two messages on this date are the male telling Aragon "I'm here" and Aragon replying "Okay stay right there I'm pulling in now also." Aragon and the male continue to send messages to each

other to coordinate seeing each other up until, and including, July 21, 2023, the day Aragon was arrested.

I know based on my training and experience that the amount of fentanyl pills seized from the Fiat are consistent with distribution, and that cash, ledgers, and firearms are tools of the drug trade. I also know that firearms, in particular, are commonly used by drug traffickers to protect themselves and their drugs from rival drug dealers and others who might want to steal the drugs.

On July 4, 2023, Aragon was in a Cadillac Escalade with another male individual where officers recovered approximately 747.6 grams of fentanyl pills, 256.5 grams of methamphetamine, and two guns. On that date, Aragon gave officers a false name to avoid apprehension because she had a pending state bench warrant

Based on the above, there is probable cause to believe that on July 21, 2023, in the District of New Mexico, Aragon committed the following offenses:

**Count 1**: Possession with Intent to Distribute 400 Grams and More of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A);

**Count 2**: Use and Carry a Firearm During and in Relation to a Drug Trafficking Crime, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1); and

AUSA Kirk Williams authorized federal prosecution of Aragon for the above-referenced crimes.

_Victoria Espinoza_
Victoria Espinoza
Special Agent
Drug Enforcement Administration

Electronically submitted and telephonically
Sworn to before me on this _27_ day of October, 2023.

Jerry Ritter
United States Magistrate Judge